UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MARTHA IMELDA RODRIGUEZ | § § | |
| VS. | § § § | CIVIL ACTION NO. _____ (DIVERSITY) |
| WAL-MART STORES TEXAS, L.L.C. | § § § | |

NOTICE OF REMOVAL OF ACTION UNDER
28 U.S.C. § 1441(B) (DIVERSITY)

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

**PLEASE TAKE NOTICE** that Defendant, **WAL-MART STORES TEXAS, L.L.C.**, hereby removes to this Court the state court action described below.

1. On April 02, 2018, an action was commenced in the County Court at Law No. 4, Hidalgo County, Texas, entitled *Martha Imelda Rodriguez vs. Wal-Mart Stores Texas, L.L.C.* in cause number CL-18-1400-D.

2. The first date upon which Defendant received a copy of the said complaint was April 5, 2018, when Defendant was served with a copy of the said complaint and a citation from the said State Court. A copy of the citation is *attached hereto as Exhibit B.* In accordance with Local Rule 81, the following constitutes all of the executed process, pleadings, and orders served upon Plaintiff and Defendant in this action:

   a) Plaintiff's Original Petition & Discovery Requests
   b) Copy of Return Citation of Defendant Wal-Mart Stores Texas, LLC;
   c) Docket Sheet - State Court;
   d) Defendant's Original Answer, Affirmative Defenses to Plaintiff's Original Petition and Request for Disclosure;
   e) Defendant's Request for Jury Trial;
   f) Defendant's Certificate of Written Discovery; and
   g) Plaintiff's Response to Defendant's Requests for Disclosure and Request for Admissions.

In addition and in accordance with the Local Rule, Defendant includes a copy of the docket sheet of the state court matter *a copy of which is attached hereto as Exhibit C.*

principal place of business in the State of Arkansas, and has been served summons and complaint in this action.

9. Copies of all pleadings, process, orders and other filings in the state-court suit are attached to this notice as required by 28 U.S.C. §1446(a).

10. Venue is proper in this district under 28 U.S.C. §1441(a) because the state court where the suit has been pending is located in this district.

11. Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending.

12. Plaintiff did not demand a jury in the state court suit. Defendant demanded a jury in the state court suit.

13. For the foregoing reasons, Defendant asks the Court to remove the suit to The United States District Court, Southern District of Texas, McAllen Division.

DATED: **June 19, 2018**

Respectfully submitted,

*/s/ Jaime A. Drabek*
Jaime A. Drabek, Attorney-in-Charge
Federal ID No. 8643
Ricardo G. Benavides, Attorney
Federal ID No. 32205
**DAW & RAY, L.L.P.**
3900 N. 10th Street, Suite 950
McAllen, Texas 78501
Telephone (956) 687-3121
Facsimile (956) 686-3188
Email: jdrabek@dawray.com
**ATTORNEYS FOR DEFENDANTS,**
**WAL-MART STORES TEXAS, L.L.C.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served via electronic mail on all known counsel of record on the **19th day of June, 2018**, to-wit:

Mr. Martin L. Perez
**LAW OFFICES OF MARIO DAVILA**
P.O. Box 3726
McAllen, TX 78502
Telephone: (956) 682-3535
Facsimile: (956) 682-3550
Email: mlperezattorney@gmail.com
Eservice: MDLawLitigation@gmail.com

*/s/ Jaime A. Drabek*
Jaime A. Drabek

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | |
| | § | **AFFIDAVIT** |
| COUNTY OF HIDALGO | § | |

**BEFORE ME**, the undersigned authority, on this day personally appeared Ricardo G. Benavides of McAllen, Hidalgo County, Texas, who being by me duly sworn, deposes and says that he is an attorney for Defendant in the present cause filed by Martha Imelda Rodriguez; that he has been authorized to make this Affidavit; and that he has read the foregoing Notice of Removal and knows the contents thereof, and that the matters and facts therein contained are true and correct.

FURTHER AFFIANT SAYETH NOT.

_____
Ricardo G. Benavides, Affiant

**SWORN TO AND SUBSCRIBED** before me on this 19th day of June, 2018.



_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS