UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

## ADR MEMORANDUM TO CLERK OF COURT

Martha Imelda Rodriguez
_____
Plaintiff(s),

**DIVISION:** McAllen

v.

**CIVIL ACTION NO.** 7:18-cv-00193

Wal-Mart Stores Texas, LLC
_____
Defendant(s).

**ADR METHOD:**  Mediation ☑  Arbitration ☐
Mini-trial ☐  Summary Jury Trial ☐

**TYPE OF CASE:** Personal injury claim

Please check one of the following:

The case referred to ADR:  **Settled** ☑  or  **Did Not Settle** ☐

Total fees and expenses paid by the parties: $ 1,000.00

If no fees or expenses were charged, please check one of the following:

No ADR was necessary because case settled before the ADR Session ☐

By an Order of the Court ☐

By an Agreement with the parties ☐

Please list names, addresses and telephone numbers of all parties and all counsel of record:
*(Use second sheet if necessary.)*

Jaime A. Drabek
DAW & RAY, L.L.P.
3900 N. 10th Street, Ste. 950
McAllen, Texas 78501
*Via Fax: (956) 686-3188*

Martin L. Perez
LAW OFFICE OF MARIO DAVILA
P.O. Box 3726
McAllen, Texas 78502
*Via Fax (956) 682-3550*

ADR Provider No.: _____
Printed Name: Aaron I. Vela
Signature: _Aaron Vela_

Date: 3/4/19