Case 7:18-cv-00193   Document 21   Filed on 04/17/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 17, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MARTHA IMELDA RODRIGUEZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:18-CV-193 |
| | § | |
| WAL-MART STORES TEXAS, L.L.C., | § | |
| | § | |
| Defendant. | § | |

## ORDER

The Court now considers the "Joint Stipulation of Dismissal"[1] filed by Martha Imelda Rodriguez ("Plaintiff") and Wal-Mart Stores Texas, L.L.C. ("Defendant"). Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff may request a dismissal by court order on terms the Court considers proper.[2] Since Plaintiff and Defendant have settled the case,[3] the Court considers the terms of Plaintiff's move for dismissal of her lawsuit against Defendant proper. Thus, the Court hereby **DISMISSES WITH PREJUDICE** Plaintiff's claims against Defendant.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 17th day of April, 2019.

Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 20.
[2] The Court recognizes Defendant also agrees to the terms of the Joint Stipulation of Dismissal. Yet, Federal Rule of Civil Procedure 41(a)(2) provides for dismissal of an action "at the *plaintiff's* request." Fed. R. Civ. P. 41(a)(2) (emphasis added).
[3] *See* Dkt. Nos. 14–19.